No. 90–1964. COLORADO DEPARTMENT OF SOCIAL SERVICES *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–1965. BORMAN'S, INC. *v.* MICHIGAN PROPERTY & CASUALTY GUARANTY ASSN. C. A. 6th Cir. Certiorari denied.

No. 90–1966. LARRY HARMON PICTURES CORP. *v.* WILLIAMS RESTAURANT CORP. C. A. Fed. Cir. Certiorari denied.

No. 90–1967. CORBITT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–1968. CROSS *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–1969. WALTON *v.* COWIN EQUIPMENT CO., INC. C. A. 11th Cir. Certiorari denied.

No. 90–1971. FEDERAL INSURANCE CO. *v.* SUSQUEHANNA BROADCASTING CO. C. A. 3d Cir. Certiorari denied.

No. 90–1973. ERBAUER CONSTRUCTION CORP. *v.* PAN AMERICAN LIFE INSURANCE CO. Sup. Ct. Tex. Certiorari denied.

No. 90–1975. LATTARULO *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 90–1976. CENTRAL STATES MOTOR FREIGHT BUREAU, INC., ET AL. *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 90–1978. ROY *v.* AMOCO OIL CO. C. A. 11th Cir. Certiorari denied.

No. 90–1980. TOWERS WORLD AIRWAYS, INC., ET AL. *v.* PHH AVIATION SYSTEMS, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–1981. AGUIRRE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.